UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO. 0:16-cv-60659-RNS

JEAN LUCAS,
        Plaintiff,

vs.

CENTRAL CREDIT SERVICES, LLC,

        Defendant.
_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Jean Lucas (plaintiff), *pro se*, and defendant, Central Credit Services, LLC (CCS), by and through undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against CCS, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear their own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 23 day of May 2016.

| | |
|---|---|
| /s/ Jean Lucas | /s/ Ashley N. Rector |
| Jean Lucas | Ashley N. Rector, Esq. |
| 406 NW 68th Avenue, Unit 411 | Florida Bar No. 0106605 |
| Plantation, FL 33317 | Sessions, Fishman, Nathan & Israel, L.L.C. |
| *Pro Se Plaintiff* | 3350 Buschwood Park Drive, Suite 195 |
| | Tampa, FL 33618 |
| | Telephone: (813) 890-2465 |
| | Facsimile: (866) 466-3140 |
| | arector@sessions.legal |
| | |
| | *Attorney for Defendant,* |
| | *Diversified Consultants, Inc.* |

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[illegible] DIVISION
CASE NO. 0:16-cv-60659-RNS

JEAN LUCAS,
Plaintiff,

v.

CENTRAL CREDIT SERVICES, LLC,

Defendant.

**[illegible] STIPULATION [illegible] DISMISSAL [illegible] PREJUDICE**

COMES now plaintiff, Jean Lucas (plaintiff), pro se, and defendant, Central Credit Services, LLC (CCS), by and through undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against CCS has been settled amicably, and request entry of a Final Order of Dismissal with prejudice in this matter, with each party to bear their own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this __ day of May 2016.

[illegible]
[illegible], Esq.
Florida Bar No. [illegible]
Sessions, Fishman, Nathan & Israel, [illegible]
[illegible]
Tampa, FL [illegible]
Telephone: [illegible]
Facsimile: [illegible]
[illegible]@sessions.legal

Attorney for Defendant
[illegible]

Jean Lucas
400 N.W. 68th Avenue, Unit 411
Plantation, FL 33317
Pro Se Plaintiff